FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Aug 26, 2020

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| EUGENE CLAYTON PETTY,<br><br>                    Plaintiff,<br><br>        v.<br><br>LINCOLN COUNTY, WAGE W. MAGERS, CHAD CUNNINGHAM, LUCAS MALLON, and KURT CUZZETTO,<br><br>                    Defendants. | No.   2:19-cv-00237-SMJ<br><br>**ORDER DISMISSING CASE** |

On August 24, 2020, the parties filed a stipulated dismissal, ECF No. 69. Consistent with the parties' agreement and Federal Rule of Civil Procedure 41(a),

**IT IS HEREBY ORDERED:**

//

//

//

//

//

//

//

ORDER DISMISSING CASE – 1

1. The parties' Stipulated Motion to Dismiss, **ECF No. 69**, is **GRANTED**.

2. All claims are **DISMISSED WITHOUT PREJUDICE,** with all parties to bear their own costs and attorneys' fees.

3. All pending motions are **DENIED AS MOOT**.

4. All hearings and other deadlines are **STRICKEN**.

5. The Clerk's Office is directed to **CLOSE** this file.

**IT IS SO ORDERED.** The Clerk's Office is directed to enter this Order and provide copies to all counsel.

**DATED** this 26th day of August 2020.

SALVADOR MENDOZA, JR.
United States District Judge

ORDER DISMISSING CASE – 2